```
           UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                   AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                              CRIMINAL ACTION NO. 2:13-00273-02

**DEANDRE COLEMAN**

### SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
### MEMORANDUM OPINION AND ORDER

On September 6, 2018, the United States of America appeared by Christopher R. Arthur, Assistant United States Attorney, and the defendant, Deandre Coleman, appeared in person and by his counsel, Gary A. Collias, for a hearing on the petition seeking revocation of supervised release submitted by United States Probation Officer Patrick M. Fidler.  The defendant commenced a nineteen-month term of supervised release in this action on May 31, 2017, as more fully set forth in the Supervised Release Revocation and Judgment Order entered by the court on October 20, 2016.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found by a preponderance of the evidence that the defendant has violated the conditions of supervised release in the following respects: (1) the defendant failed to file a monthly report for the months of June and July, 2018; (2) the defendant failed to report to the probation officer as instructed for the months of June and July, 2018; and (3) the defendant failed to notify the probation officer of his change in residence inasmuch as the probation officer visited the defendant's last reported address which appeared to be not lived in, the probation officer having thereafter on June 18, 2018, sent a letter to that same address directing the defendant to report to the probation office on July 18, 2018, which he failed to do, rendering his whereabouts unknown; all as admitted by the defendant on the record of the hearing and all as set forth in the petition on supervised release.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously

imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of TWO (2) MONTHS.

The defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: September 11, 2018

_____
John T. Copenhaver, Jr.
United States District Judge